**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC<br><br>*Petitioner,*<br><br>v.<br><br>**BELFAST FARMS, LLC,** *et al.*<br><br>*Respondents*. | **Case No.** 1:25-cv-03352-ABA |

## RESPONDENTS' MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum, Respondents, Malorie Frances Andrews, Humberto M. Arellano, David R. Bassett, Jeffrey S. Beeson, Scott Borgmann, Mackenzie Borgmann, Elan Comegys-Brisbane, Michael Condon, Brian M. Dodge, Cheryl Ann Havelt, Larry D. Holloway, Jr., JEC One, LLC, Randy Lee Jordan, Jamie Nicole Lawrence, Little Lemon, LLC, Harold K. Mitchell, Jr., Linda L. Mitchell, Joshua C. Morningstar, David Eugene Mount, Steven Edward Mount, Deborah L. Mount, H. Larry Shipley, Steven T. Snowden, Jean Snowden, The Calvin B. Early Revocable Convertible Trust Agreement, Under A Certain Trust Agreement dated August 17, 2011, The Dorothy S.B. Early Revocable Convertible Trust Agreement, Under A Certain Trust Agreement dated August 17, 2021, The Elizabeth McFarland Revocable Trust dated April 10, 2021, The Michael McFarland Revocable Trust dated April 10, 2021, and Zhi Yu, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(7), hereby move to dismiss this action for failure to state a claim upon which relief can be granted and failure to join a party under Fed. R. Civ. P. 19.

        Respectfully submitted,

        */s/ Harris W. Eisenstein*
        Harris W. Eisenstein (Fed. Bar No. 29694)
        David M. Wyand (Fed. Bar No. 23413)
        Lauren M. McLarney (Fed. Bar No. 20982)
        Rosenberg Martin Greenberg, LLP
        25 S. Charles Street 21st Floor
        Baltimore, Maryland 21201
        Phone: (410) 727-6600
        Fax: (410) 727-1115
        heisenstein@rosenbergmartin.com
        dwyand@rosenbergmatin.com
        lmclarney@rosenbergmartin.com

        *Attorneys for Respondents*

**REQUEST FOR HEARING**

Plaintiff requests a hearing on the Respondents' Motion to Dismiss.

                                                         */s/ Harris W. Eisenstein*
                                                         Harris W. Eisenstein

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of November, 2025, copies of Respondents' Motion to Dismiss, together with the supporting Memorandum, Exhibits, and Proposed Order were served through the CM/ECF System on all counsel of record.

I FURTHER CERTIFY that, in accordance with Section III.C.2. of the Electronic Case Filing Policies and Procedures Manual and Local Rule 105.1.(a), a paper copy of the foregoing motion, memorandum, exhibits and proposed order will be delivered to the Clerk's Office within 48 hours of the electronic filing of this document.

                                                         */s/ Harris W. Eisenstein*
                                                         Harris W. Eisenstein