**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC** *Petitioner,* v. **BELFAST FARMS, LLC,** *et al.* *Respondents*. | **Case No.** 1:25-cv-03352-ABA |

## ORDER

Upon consideration of the Motion to Dismiss ("Motion") and supporting memorandum filed by Respondents, Malorie Frances Andrews, Humberto M. Arellano, David R. Bassett, Jeffrey S. Beeson, Scott Borgmann, Mackenzie Borgmann, Elan Comegys-Brisbane, Michael Condon, Brian M. Dodge, Cheryl Ann Havelt, Larry D. Holloway, Jr., JEC One, LLC, Randy Lee Jordan, Jamie Nicole Lawrence, Little Lemon, LLC, Harold K. Mitchell, Jr., Linda L. Mitchell, Joshua C. Morningstar, David Eugene Mount, Steven Edward Mount, Deborah L. Mount, H. Larry Shipley, Steven T. Snowden, Jean Snowden, The Calvin B. Early Revocable Convertible Trust Agreement, Under A Certain Trust Agreement dated August 17, 2011, The Dorothy S.B. Early Revocable Convertible Trust Agreement, Under A Certain Trust Agreement dated August 17, 2021, The Elizabeth McFarland Revocable Trust dated April 10, 2021, The Michael McFarland Revocable Trust dated April 10, 2021, and Zhi Yu, and any Opposition thereto, it is this \_\_\_ day of _____, 2025, hereby;

**ORDERED** that the Motion is GRANTED.

_____
Adam B. Abelson
United States District Judge